UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENERAL MARITIME TRANSPORTATION SERVICES, INC.** | * | **CIVIL ACTION NO.** |
| | * | |
| Versus | * | SECTION: |
| | * | |
| **M/V BEIJING VENTURE (IMO No. 9482471) HER FURNITURE, ENGINES, HULL, TACKLE, APPAREL, EQUIPMENT, APPURTENANCES, ETC.,** *in rem* | * | **MAGISTRATE JUDGE:** |

## MOTION FOR ISSUANCE OF WARRANT OF ARREST

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, General Maritime Transportation Services, Inc., and hereby respectfully requests this Honorable Court to issue an Order under Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and Local Admiralty Rule 4.1 directing the Clerk of Court to issue a Warrant of Arrest of the M/V BEIJING VENTURE (IMO No. 9482471) (the "Vessel") as more fully set forth in the Verified Complaint and the accompanying Affidavit.

Plaintiff further agrees to release and hold harmless, and indemnify the United States of America, the United States Marshals Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest of the Vessel.

2

>Respectfully submitted,
>
>*/s/ T. Patrick O'Leary*
>T. Patrick O'Leary (LA 30655)
>Blake C. Donewar (LA 39159)
>**FRILOT L.L.C.**
>3700 Energy Centre
>1100 Poydras Street
>New Orleans, LA  70163-3700
>Phone:  504.599.8010
>Fax:  504.599.8110
>poleary@frilot.com
>bdonewar@frilot.com
>**Counsel for Plaintiff, General Maritime Transportation Services Inc.**