UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENERAL MARITIME TRANSPORTATION SERVICES, INC.** | * * * | **CIVIL ACTION NO.** |
| **Versus** | * * | **SECTION:** |
| **M/V BEIJING VENTURE (IMO No. 9482471) HER FURNITURE, ENGINES, HULL, TACKLE, APPAREL, EQUIPMENT, APPURTENANCES, ETC.,** *in rem* | * * * * * | **MAGISTRATE JUDGE:** |

## O R D E R

Upon reading the Complaint, Verification, and Affidavit from counsel, and being duly satisfied that the premises for arrest of the M/V BEIJING VENTURE (IMO No. 9482471) pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and Local Admiralty Rule 4.1 have been met in this case;

And that Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshals Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest of the Vessel;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Clerk of Court issue a Warrant of Arrest of the M/V BEIJING VENTURE (IMO No. 9482471) as prayed for in the Verified Complaint; and

**IT IS FURTHER ORDERED,** that a copy of this Order be attached to and served with process of said Warrant of Arrest as prayed for in the Verified Complaint.

2

**IT IS FURTHER ORDERED**, that the United States Marshals Service upon receipt of this Order shall send by facsimile a copy of this Order and the Warrant of Arrest of the M/V BEIJING VENTURE (IMO No. 9482471) to the Compulsory River Pilots.

New Orleans, Louisiana, this ___ day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE