UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENERAL MARITIME** | * | **CIVIL ACTION NO.** |
| **TRANSPORTATION SERVICES, INC.** | * | |
| | * | |
| **Versus** | * | **SECTION:** |
| | * | |
| **M/V BEIJING VENTURE (IMO No.** | * | |
| **9482471) HER FURNITURE, ENGINES,** | * | **MAGISTRATE JUDGE:** |
| **HULL, TACKLE, APPAREL, EQUIPMENT,** | * | |
| **APPURTENANCES, ETC.,** *in rem* | * | |
| | * | |

## MOTION TO ALLOW VESSEL TO LOAD OR DISCHARGE CARGO, BURN FUEL AND MOVE WITHIN THE DISTRICT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, General Maritime Transportation Services, Inc., and upon suggesting to the Court that:

1. Pursuant to Admiralty Rule C, an Order was issued to allow the arrest of the M/V BEIJING VENTURE (IMO No. 9482471) (the "Vessel");

2. It is the desire of Plaintiff that the Vessel be allowed reasonable movement within the jurisdiction and be allowed to perform its cargo operations and continue to burn fuel oil for purposes of conducting its cargo operations and, otherwise, maintaining the ship;

3. When cargo operations are completed, Plaintiff wishes to allow the Vessel, pursuant to Local Admiralty Rule 64.3, to move once within the District to a safe berth or anchorage, if also agreed by the Vessel's owner or its attorney; and

4. Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the Vessel, and/or the cargo loading/unloading operations of the Vessel, and/or the movement of the Vessel.

Respectfully submitted,

*/s/ T. Patrick O'Leary*
T. Patrick O'Leary (LA 30655)
Blake C. Donewar (LA 39159)
**FRILOT L.L.C.**
3700 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3700
Phone: 504.599.8010
Fax: 504.599.8110
poleary@frilot.com
bdonewar@frilot.com
**Counsel for Plaintiff, General Maritime Transportation Services Inc.**