UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENERAL MARITIME TRANSPORTATION SERVICES, INC.** | * * * | **CIVIL ACTION NO.** |
| **Versus** | * * | **SECTION:** |
| **M/V BEIJING VENTURE (IMO No. 9482471) HER FURNITURE, ENGINES, HULL, TACKLE, APPAREL, EQUIPMENT, APPURTENANCES, ETC.,** *in rem* | * * * * * | **MAGISTRATE JUDGE:** |

## ORDER TO ALLOW VESSEL TO LOAD OR DISCHARGE CARGO, BURN FUEL AND MOVE WITHIN THE DISTRICT

CONSIDERING THE FOREGOING EX PARTE MOTION TO ALLOW VESSEL TO LOAD OR DISCHARGE CARGO, BURN FUEL AND MOVE WITHIN THE DISTRICT, IT IS HEREBY ORDERED THAT:

I.

Cargo operations aboard the M/V BEIJING VENTURE (IMO No. 9482471) (the "Vessel") be allowed to continue;

II.

The Vessel be allowed to consume fuel oil in order to conduct cargo operations and otherwise maintain the Vessel;

III.

At the completion of cargo operations, the Vessel be allowed to move once within the District to a safe berth or anchorage, if also agreed by the Vessel's owner or its attorney; and

IV.

Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshals Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest and/or attachment of the Vessel, and/or the cargo loading/unloading operations of the Vessel, and/or the movement of the Vessel.

New Orleans, Louisiana, this ___ day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE