**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENERAL MARITIME TRANSPORTATION SERVICES, INC.** | * | CIVIL ACTION NO. |
| | * | |
| Versus | * | SECTION: |
| | * | |
| M/V BEIJING VENTURE (IMO No. 9482471) HER FURNITURE, ENGINES, HULL, TACKLE, APPAREL, EQUIPMENT, APPURTENANCES, ETC., *in rem* | * | MAGISTRATE JUDGE: |

## DECLARATION OF FRANK RULH

Pursuant to 28 U.S.C. § 1746, **FRANK RULH**, under penalty of perjury, declares and says:

1. I am over 18 years old and fully competent to make this Verification.

2. I am the owner of Blue Marine Security, LLC, and make this Verification based on my personal knowledge.

3. The M/V BEIJING VENTURE (the "Vessel") is located at the ADM Reserve Grain Elevator, Lower Mississippi River, Mile 139 A.H.P.

4. Blue Marine Security, LLC has agreed to assume the responsibility of safekeeping the said Vessel and has consented to act as the custodian upon order of this Court at the rate of $840 per day, and no other cost to the U.S. Marshals Service.

5. Blue Marine Security, LLC has adequate insurance and facilities and supervision for proper maintenance and safekeeping of the Vessel, or for damage or injury sustained by third parties due to any acts, faults, or negligence of Blue Marine Security, LLC or its agents.

6. A true and correct copy of the declarations for Blue Marine Security, LLC's liability insurance is attached as Exhibit B to this declaration.

7. Blue Marine Security, LLC shall defend the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, against all claims and actions arising out of said substitute custody and, further, shall indemnify and hold harmless and be responsible to pay and satisfy all claims and judgments that might arise out of said substitute custody and shall be responsible and indemnify and hold harmless the United States of America, the United States Marshal, their agents, servants, employees and all others for whom they are responsible, and for all attorneys' fees, costs, expenses and disbursements incurred in defending against such claims or actions arising out of said substitute custody.

8. I declare under penalty of perjury that the foregoing is true and correct.

Thus done in Belle Chase, Louisiana on this 15th day of May, 2023.

_____
**FRANK RULH**